IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CYNTHIA D. WATKINS**                                                                              **PLAINTIFF**

V.                                               **4:23CV00400 JM**

**COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION**                                                          **DEFENDANT**

## ORDER

Plaintiff has filed a motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (ECF No. 13). Plaintiff seeks an EAJA award of $7,696.25 for attorney's fees.

Under the EAJA, a prevailing social security claimant is entitled to an award of reasonable attorney's fees and expenses unless the Commissioner's position in denying benefits was "substantially justified" or special circumstances make an award unjust. 28 U.S.C. § 2412(d)(1)(A). A claimant who wins a sentence-four remand order, such as the one entered in this case (ECF No. 17), is a prevailing party entitled to EAJA fees. *Shalala v. Schaefer*, 509 U.S. 292, 302 (1993).

The Commissioner does not contest Plaintiff's entitlement to an award of attorney's fees and expenses under the EAJA but does object to the number of compensable hours submitted by the Plaintiff. The Court has reviewed the Commissioner's specific objections and reduces Plaintiff's request for the following reasons:

    a. excessive time spent on pre-filing tasks including in forma pauperis application and service of process. The compensable time is reduced from 2.7 hours to 1 hour. *See Potter v. Kijakazi*, 2023 WL 4086306, at *1 (E.D. Ark. June 20, 2023);

    b. administrative and clerical tasks, including 0.05 hours on 5/9/23, 0.15 hours on

5/23/23, 0.10 hour on 6/28/23, and 0.5 hour on 6/30/23;

c. excessive time spent on preparing the brief. The compensable time is reduced from 25 hours to 23.5 hours; and

d. excessive time spent on preparing the EAJA petition. The compensable time is reduced from 2 hours to 1 hour.

The Court finds the hourly rate of $235.00 per hour for 27.75 compensable hours to be reasonable.

Accordingly, it is hereby ORDERED,

(1)   That Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 13) is GRANTED in part and DENIED in part;

(2)   That Plaintiff's attorney is entitled to an attorney's fee in the amount of $6,521.25 all pursuant to the EAJA; and

(3)   That the Commissioner is directed to pay to Plaintiff the amount awarded pursuant to the EAJA.

IT IS SO ORDERED this 14th day of December, 2023.

James M. Moody Jr.
United States District Judge